**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00319-CV

## IN RE W.W.H., Relator

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-15156**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/David W. Evans/

DAVID EVANS
JUSTICE